184 So. 912

### George CURRY v. STATE.
### 4 Div. 431.

Court of Appeals of Alabama.
Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

185 So. 920

### John L. CURRY v. STATE.
### 6 Div. 304.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

178 So. 923

### Philip CUSIMANO v. STATE.
### 7 Div. 326.

Court of Appeals of Alabama.
Jan. 18, 1938.

SAMFORD, Judge.
Appeal dismissed.

186 So. 917

### Thomas DALEY v. STATE.
### 8 Div. 751.

Court of Appeals of Alabama.
Jan. 24, 1939.

Thomas S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

188 So. 923

### Simon, alias Buddy, DANIELS v. STATE.
### 4 Div. 491.

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

181 So. 919

### Raymond DARBY v. STATE.
### 8 Div. 600.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.